IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

BILLY JAMES KIEFER,
ADC #93998                                                                                    PLAINTIFF

v.                                            2:05CV00300 HDY

G. HARMON, et al.                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 9th day of March, 2006.

/s/Susan Webber Wright

United States District Judge